JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of GERMAINE PROUT, Deceased, Respondent, v. A. C. HORN COMPANY and R. H. MACY & Co., INC., Appellants, Impleaded with Others.— Action to recover damages for the death of plaintiff's intestate, Germaine Prout, through her inhalation of the poisonous vapors of a dry-cleaning fluid known as " Quick as a Wink," which preparation was manufactured by defendant A. C. Horn Company and sold by defendant R. H. Macy & Co., Inc. Plaintiff discontinued the action as to defendant Josephine B. Crane, sued herein as " Mary " Crane, who employed plaintiff's intestate as a domestic. Judgment for plaintiff against defendants after trial at Trial Term, without a jury, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of MAXIMILIAN KEEHN, Deceased, as a Will of Real and Personal Property. EUGENE KEEHN, VALERIE TREUSCH and MARTHA ROSENBLATT, Appellants, HERBERT PRESTON KEEHN, MARTHA KEEHN, AMANDA HEDWIG KEEHN, HELEN JULIANA KEEHN and THELMA GRACE KEEHN, Respondents.— Decree of the Surrogate's Court, Bronx county, construing the will of Maximilian Keehn, deceased, unanimously affirmed, with costs to the respondents Herbert Preston Keehn, Martha Keehn, Amanda Hedwig Keehn, Helen Juliana Keehn and Thelma Grace Keehn payable out of the estate. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THEKLA REARDON, Appellant, v. WILLIAM PIERRE STYMUS, JR., Respondent.— Order denying plaintiff's motion to strike out the four affirmative defenses in the amended answer as insufficient in law unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN FREDERICK SCHURER, as Executor, etc., of JOHN ADAM SCHURER, Deceased. ELISE ROEHRICH SCHURER, Objectant-Appellant; JOHN FREDERICK SCHURER, as Executor, etc., Respondent.— Decree, so far as appealed from, fixing the amount due as the widow's distributive share in the estate, and that of the other distributees, unanimously affirmed, with costs payable out of the estate. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [157 Misc. 573].

EMILLIA SERPENTINO and PETER SERPENTINO, Respondents, v. FREDERICK G. EWALD and Another, Defendants, Impleaded with JAMES CARBONE, Appellant.— Order granting plaintiffs' motion to set aside verdict on the ground that the verdict in favor of plaintiff Emillia Serpentino is inadequate unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL WALD, Appellant.— Judgment convicting defendant of a misdemeanor, to wit, selling an indecent article (Penal Law, §1141), unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.